IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. EDWARD LUNDY BAETY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEKALB COUNTY SCHOOL DISTRICT,<br><br>ANGELA SMITH, Individually and in her official capacity as Coordinator III, at Eagle Woods Academy for DeKalb County School District, and<br><br>MICHELE SUMMERLIN, Individually and in her official capacity as Executive Director, Special Education, for DeKalb County School District,<br>　　　　　Defendants. | CASE NO.<br><br>**1:23-CV-04619-MLB-JKL** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of

1. *DEFENDANT DEKALB COUNTY SCHOOL DISTRICT'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF;* and

2. *DEFENDANT DEKALB COUNTY SCHOOL DISTRICT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF*

upon all parties to this matter via electronic mail as follows:

Drew Mosley  
Drew Mosely, LLC  
279 W. Crogan Street  
Lawrenceville, GA  30046  
drew@mlawmail.com  

*Counsel for Plaintiff*

Respectfully submitted this 6th day of February, 2024.

                                      **HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 191 Peachtree Street, N.E. | */s/ H. Eric Hilton* |
| Suite 2900 | H. ERIC HILTON |
| Atlanta, GA  30303-1775 | Georgia Bar No. 355417 |
| Tel:  404-954-5000 | JASMINE CHANDLER |
| Fax:  404-954-5020 | Georgia Bar No. 463124 |
| ehilton@hallboothsmith.com | *Counsel for Defendant* |
| jchandler@hallboothsmith.com | |