EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

and EEOC

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Dr. Edward Lundy Baety | ▇▇▇▇▇▇▇ | 1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| DeKalb County School District | 500+ | 678-676-1200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1701 Mountain Industrial Boulevard   Stone Mountain, GA 30083 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest

Approx. Sept. 2019 to now

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

Please see the attached narrative.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____    _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**Dr. Edward Baety**

**June 2017-present Gnets  Dekalb/Rockdale**
**Behavior specialist /FBA compliance**
Development and training for GNet's staff in areas of discipline, pbis, and fba implementation. Responsible for student mediation, restorative practice and teacher fidelity

**Sept 2015 Clayton  County Schools**
**District Behaviorial /Social emotional learning coordinator**
I provide intervention support to a pre-defined set of targeted students. The interventions are implemented to promote responsible, appropriate behavior and to reduce inappropriate behavior in select students. Implements research and/or evidenced based interventions including those that are provided from approved menus that are provided by the Clayton Public School System. I support the social/emotional learning of targeted students. The interventions include, but are not limited to, leading small group sessions, one-on-one goal setting and problem solving, various methods of recognition and reinforcement, and de-escalation .I collaborate with the student, his/her parents and other school personnel to build and implement a strong support mechanism for the student. I oversee the behavior specialist for the district. The Specialist collects, documents and analyzes data on each of the targeted students to determine if the applied interventions are impacting student performance. The Behavior Specialist provides administrative leadership for Child Find activities. Provides instructional resources for teachers and conducts training to support and improve implementation of the curriculum. Provides feedback from classroom observations to administrators

**2013-2015 Eagle woods Academy**
Provides monitoring and support to Program Data Collection and Compliance processes: Provides direct supervision of program compliance by reviewing all IEPs in assigned area, provides feedback to teachers using the South Metro model IEP format. Reviews eligibility reports to ensure quality of reports to include accurate and relevant data. Ensures all IEPs and eligibilities are in compliance with federal, state, and local guidelines. Reviews student data gathered by teachers weekly to provide strategies and interventions for collecting data and provides recommendation for using data in instructional planning for students. Manages and support the programs data collection systems and LEA student information systems. Participates in IEP and eligibility meetings as needed. Facilitates professional learning activities for program therapeutic and instructional staff. Participates in monthly regional team meetings. Participates in site leadership meetings with Leas. Assist with coordinating program initiatives.

**2005-2013 Atlanta Public Schools**
**Lead Teacher Special ED**

Handle grade level discipline, and assisted with testing .I handle scheduling of student's placement and accommodations of special needs students. I attend IEP meetings for Special ED dept and staff.  I also handle informal disciplinary meeting for 6th grade students. I am responsible for assessment data for grade level 6. Assured differentiated instruction being implemented, standards being taught, and quality instruction can be measured with assessment.

**2000-2005 Dekalb Alternative School( DeKalb county Schools)**
**(Special Education  ) Intervention Coordinator Middle/High School 3rd-12th grade** Created schedules and scheduled meetings for special education staff. Assured proper placement and servicing of

special education students . I was Site manager of Saturday program for 1st offenders and their parents/ Kids whose suspension is pending and want to erase it from their file. I created mentoring program for youth who need positive role models and a positive direction in life.

**2000 Fulton County Police Academy graduated July 2000**

**1995-2000 City of Atlanta Probation ( Director)    Post Certified**
Oversaw daily operation and function of Probation dept.
Handle all revocation hearings for delinquent defendants both youth and Adult. Created 2nd Chance For Life Program geared at helping people who made mistakes in life and needed help getting life in order (Ex) Drug rehab, job training, housing assistance etc. Helped get jobs for teens and adults who needed help with resumes, job locations, etc.

**Education**
**B.S. Indiana University Criminal Justice Dec 1994**
**Masters of Education (Curriculum and Instruction) American Intercontinental University July 2003**
**PH.D University of Hartford (Educational Leadership) Feb 2005**

**References**
**Brian Franklin        Special Ed Liaison**
**Dr Eric Carlyle     ( Coordinator of Student Discipline)**
**Desiree Woods       Director Dekalb County**