IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DR. EDWARD LUNDY BAETY,** ) | |
| ) | **Civil Action No.:** |
| **Plaintiff,** ) | **1:23-cv-04619-MLB-JKL** |
| ) | |
| **v.** ) | |
| ) | |
| **DEKALB COUNTY SCHOOL DISTRICT,** ) | |
| **ANGELA SMITH, Individually and in her official capacity as Coordinator III, at Eagle Woods Academy for DeKalb County School District,** ) | |
| **AND** ) | |
| **MICHELE SUMMERLIN, Individually and in her official Capacity as Executive Director, Special Education, For DeKalb County School District,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF 30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR DEFENDANT DEKALB COUNTY SCHOOL DISTRICT

You are hereby notified that Plaintiff DR. EDWARD LUNDY BAETY, by and through his attorney, Drew Mosley, pursuant to Fed. R. Civ. P. 30(b)(6), will take the deposition upon oral examination, for use in discovery and at trial, of the

1

corporate representative of Defendant DEKALB COUNTY SCHOOL DISTRICT on the date and at the time indicated below before a person duly authorized to administer an oath under Georgia law.

The deposition will be recorded via stenographic, audio, and/or videotaped means for the purpose of discovery and/or to be used as evidence and/or for any other purposes permitted by the Federal Rules of Civil Procedure, including use at trial, and will continue from day to day until completed.

Defendant DEKALB COUNTY SCHOOL DISTRICT shall produce a corporate representative(s) with the knowledge and ability to testify regarding the topics listed below which are known or are reasonably available to Defendant DEKALB COUNTY SCHOOL DISTRICT.

**Deponent**: Defendant DEKALB COUNTY SCHOOL DISTRICT Corporate Representative(s)

    **Date: August 20, 2024**

    **Time: 10:00 a.m.**

    **Location**: Virtually or if virtual deposition not consented to at
        Hall Booth Smith, P.C.
        191 Peachtree Street NE, Suite 2900
        Atlanta, GA 30303

The following dates may be referred to or provide context in the below:
    Baety hired as Behavioral Specialist June 2017.
    Baety disability accommodation granted September 14, 2021.

    Hallway incident March 31, 2022.
    Baety denied promotion/hire to Coordinator III at Shadow Rock Center Spring 2022.
    Baety accommodation not met resulting in injury September 2022.
    Baety files EEOC charge 1 on November 5, 2022.
    Baety denied promotion/hire and interview to Director GNETS, filled February 2023.
    Baety files EEOC charge 2 on May 22, 2023.
    Baety subjected to Professional Learning Plan (PLP) beginning October 25, 2023.

## TOPICS

1.  Knowledge of each and every document provided by Defendant DEKALB COUNTY SCHOOL DISTRICT in response to Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant.

2.  Knowledge of all persons whom Defendant DEKALB COUNTY SCHOOL DISTRICT will or may call as a witness at any hearing or trial, including a summary of said witness's anticipated testimony.

3.  Knowledge of any and all documents, including, but not limited to reports or exhibits, of any expert witness which Defendant DEKALB COUNTY SCHOOL DISTRICT has relied upon in its responses to Plaintiff's First Continuing Interrogatories to Defendant DEKALB COUNTY SCHOOL DISTRICT.

4. Knowledge of any employee handbook(s) and/or manual(s) for Defendant DEKALB COUNTY SCHOOL DISTRICT that was in effect from June 1, 2017 to date of trial.

5. Knowledge of any documents that reflect, refer to, or relate to any investigation resulting from the complaints or concerns made by any individual against Defendant DEKALB COUNTY SCHOOL DISTRICT, said complaints or concerns being related to employment discrimination by Defendant DEKALB COUNTY SCHOOL DISTRICT, including but not limited to based on race, age, disability, harassment, hostile work environment, or relation by any employee(s) or officer(s) of Defendant DEKALB COUNTY SCHOOL DISTRICT from June 1, 2017 to date of trial.

6. Knowledge of the policies of Defendant DEKALB COUNTY SCHOOL DISTRICT regarding discrimination and harassment in the workplace from June 1, 2017 to date of trial.

7. Knowledge of the job description of the position(s) that Plaintiff DR. EDWARD LUNDY BAETY was initially hired to fill and any to which he was transferred or promoted.

8. Knowledge of the personnel file, including but not limited to employee evaluations, disciplinary actions, and warnings, of Plaintiff DR.

EDWARD LUNDY BAETY, DEFENDANT ANGELA SMITH, AND DEFENDANT MICHELE SUMMERLIN.

9. Knowledge of all correspondence, including but not limited to paper documents, emails, text messaging and instant messaging regarding Plaintiff DR. EDWARD LUNDY BAETY to or from any employee of Defendant DEKALB COUNTY SCHOOL DISTRICT from June 1, 2017 to date of trial.

10. Knowledge of all evaluations or criticism of the job performance of Plaintiff DR. EDWARD LUNDY BAETY, including but not limited to monthly evaluations, quarterly evaluations, performance plans, and specific incidents that gave rise to an evaluation or criticism from June 1, 2017 to date of trial.

11. Knowledge of any and all documents, including but not limited to letters, emails, messages, or any other documents which reflect any special accommodations Plaintiff DR. EDWARD LUNDY BAETY was and/or is to receive from June 1, 2017 to date of trial.

12. Knowledge of any and all documents, including but not limited to letters, emails, messages, or any other documents which relate to the denial of promotion(s) or non-selection for position of Plaintiff DR. EDWARD LUNDY BAETY from June 1, 2017 to date of trial.

13. Knowledge of any and all documents evidencing the training completed or uncompleted by Plaintiff DR. EDWARD LUNDY BAETY since Plaintiff was hired by Defendant DEKALB COUNTY SCHOOL DISTRICT.

14. Knowledge of any and all of Plaintiff DR. EDWARD LUNDY BAETY'S non-compliance with employer policy if such is claimed by Defendant DEKALB COUNTY SCHOOL DISTRICT.

15. Knowledge of any and all meetings, whether in-person, virtually, telephonically, electronically, or by any other means whereby Defendant DEKALB COUNTY SCHOOL DISTRICT or any of its employees, officers, or agents discussed and/or considered any employment/promotion applications of Plaintiff DR. EDWARD LUNDY BAETY.

16. Knowledge of the number of Behavior Specialists, Coordinator III's, and Directors of GNESTS employed by Defendant DEKALB COUNTY SCHOOL DISTRICT and each individual's race, disability status, and age for the period of time from June 1, 2017 to date of trial.

17. Knowledge of the number of employees of Defendant DEKALB COUNTY SCHOOL DISTRICT whose employment was terminated by Defendant DEKALB COUNTY SCHOOL DISTRICT, including but not limited to the former employee's role with Defendant DEKALB COUNTY SCHOOL DISTRICT, the

date of termination, and the reason for termination, the former employee's age, race, and disability status for the period of time from June 1, 2017 to date of trial.

18. Knowledge of any complaints or concerns of Plaintiff DR. EDWARD LUNDY BAETY regarding race discrimination, age discrimination, disability, discrimination, harassment in the workplace, or retaliation for protected complaints or activity or any other retaliation in the workplace.

19. Knowledge of any policies and/or procedures of Defendant DEKALB COUNTY SCHOOL DISTRICT that relate to prevention of race discrimination, age discrimination, disability discrimination, harassment, or retaliation in the workplace from June 1, 2017 to date of trial.

20. Knowledge of any organizational chart or structure, whether informal or formal, that was in place at Defendant DEKALB COUNTY SCHOOL DISTRICT for the period of June 1, 2017 to date of trial.

21. Knowledge of any lawsuits or legal proceedings filed against Defendant DEKALB COUNTY SCHOOL DISTRICT which relate to race discrimination, age discrimination, disability discrimination, harassment, or retaliation from June 1, 2017 to date of trial.

22. Knowledge of any EEOC filings against Defendant DEKALB COUNTY SCHOOL DISTRICT from June 1, 2017 to date of trial.

23. Knowledge of any training provided by Defendant DEKALB COUNTY SCHOOL DISTRICT from June 1, 2017 to date of trial, whether directly or indirectly, that regards the prevention of employment discrimination, retaliation, and/or harassment.

24. Knowledge of any concerns expressed by Plaintiff DR. EDWARD LUNDY BAETY to any employee of Defendant DEKALB COUNTY SCHOOL DISTRICT regarding age discrimination, race discrimination, discrimination based upon disability, harassment, and/or retaliation.

25. Knowledge of the decisionmaker and decision process for the non-selection of Plaintiff DR. EDWARD LUNDY BAETY for any position for which he applied from June 1, 2017 to date of trial.

26. Knowledge of the applications and candidates (selected and not selected) for each position DR. EDWARD LUNDY BAETY applied for from June 1, 2017 to date of trial.

27. Knowledge of the corporate structure and status of Defendant DEKALB COUNTY SCHOOL DISTRICT and its parents, subsidiaries, or related government entities or regulatory bodies, if any.

28. Such other knowledge as the representative(s) of DeKalb County School district may have.

This 17th day of June, 2024.

                                         /s/ Drew Mosley_
                                         Drew Mosley, LLC
                                         Georgia Bar No. 526406
                                         279 W. Crogan St.
                                         Lawrenceville, GA 30046
                                         Ph:  (678) 225-0098
                                         Fax: (678) 221-0230
                                         drew@mlawmail.com
                                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR DEFENDANT DEKALB COUNTY SCHOOL DISTRICT upon all parties to this matter via electronic mail as follows:

> ALLISON AVERBUCH
> DYLAN MAGRUDER
> 191 Peachtree Street, N.E. Suite 2900
> Atlanta, GA  30303-1775
> Tel:  404-954-5000
> Fax:  404-954-5020
> aaverbuch@hallboothsmith.com
> dmagruder@hallboothsmith.com
> *Counsel for Defendants*

Respectfully submitted this 17th day of June, 2024.

**DREW MOSLEY, LLC.**

*/s/ Drew Mosley*

279 W. Crogan St.           DREW MOSLEY
Lawrenceville, GA 30046     Georgia Bar No. 526406
Tel: 678-225-0098           *Counsel for Plaintiff*
Fax: 678-221-0230
drew@mlawmail.com