# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DR. EDWARD LUNDY BAETY,** ) | |
| ) | **Civil Action No.:** |
| **Plaintiff,** ) | **1:23-cv-04619-MLB-JKL** |
| ) | |
| v. ) | |
| ) | |
| **DEKALB COUNTY SCHOOL** ) | |
| **DISTRICT,** ) | |
| **ANGELA SMITH, Individually** ) | |
| **and in her official capacity as** ) | |
| **Coordinator III, at Eagle Woods** ) | |
| **Academy for DeKalb County** ) | |
| **School District,** ) | |
| **AND** ) | |
| **MICHELE SUMMERLIN,** ) | |
| **Individually and in her official** ) | |
| **Capacity as Executive Director,** ) | |
| **Special Education,** ) | |
| **For DeKalb County School District,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED NOTICE OF DEPOSITION OF MICHELE SUMMERLIN

TO:     MICHELE SUMMERLIN

    c/o   Allison C. Averbuch
           Dylan Magruder
           Hall Booth Smith, P.C.
           191 Peachtree Street NE
           Suite 2900
           Atlanta, GA 30303
           Telephone: (404) 954-5000
           Facsimile: (404) 954-5020

Email: aaverbuch@hallboothsmith.com
dmagruder@hallboothsmith.com

YOU ARE HEREBY NOTIFIED, pursuant to the provisions of Fed. R. Civ. P. Rule 30, that Plaintiff Dr. EDWARD LUNDY BAETY, will take the deposition of MICHELE SUMMERLIN, upon oral examination on Tuesday, September 10, 2024, virtually, beginning at 10:00 A.M., before an officer attending virtually duly authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be recorded by audiovisual means by court reporter, videographer, or counsel and will continue from day to day until complete without further notice. The deposition will be taken for the purposes of discovery, for use as evidence at trial, and for all purposes and uses authorized by the Federal Rules of Civil Procedure.

Dated this 8th day of September, 2024.

/S/ Drew Mosley
Drew Mosley, Esq.
Georgia Bar No. 526406
Drew Mosley, LLC
279 W. Crogan St.
Lawrenceville, Georgia 30046
*Counsel for Plaintiff*
678-225-0098
678-221-0230 fax
drew@mlawmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September, 2024, the foregoing Amended Notice of Deposition of Michele Summerlin was served via email on the following counsel of record, physical address for reference:

>Allison C. Averbuch
>Dylan Magruder
>Hall Booth Smith, P.C.
>191 Peachtree Street NE
>Suite 2900
>Atlanta, GA 30303
>Telephone: (404) 954-5000
>Facsimile: (404) 954-5020
>Email: aaverbuch@hallboothsmith.com
>        dmagruder@hallboothsmith.com

Dated this 8th day of September, 2024.

>/S/ Drew Mosley
>Drew Mosley, Esq.
>Georgia Bar No. 526406
>Drew Mosley, LLC
>279 W. Crogan St.
>Lawrenceville, Georgia 30046
>*Counsel for Plaintiff*
>678-225-0098
>678-221-0230 fax
>drew@mlawmail.com